*Adelbert Moot* and *George F. Brownell* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.

---

PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL J. HOWARD, Respondent, *v.* THEODORE ROOSEVELT et al., as Police Commissioners of the City of New York, Appellants.

*People ex rel. Howard* v. *Roosevelt,* 15 App. Div. 401, affirmed.
(Submitted June 23, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1897, which reversed, on certiorari, the determination of the police commissioners of the city of New York in removing the relator from the police force and reinstated him in his office.

*Francis M. Scott* and *Terence Farley* for appellants.

*George H. Bruce* for respondent.

Order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

IGNATIUS J. KENDZIORA, as Executor of MICHAEL CORDELIA, Deceased, Appellant, *v.* JAMES W. DWYER et al., Respondents.

*Cordelia* v. *Dwyer,* 9 Misc. Rep. 399, affirmed.
(Argued June 23, 1897; decided October 5, 1897.)

APPEAL from an order of the General Term of the Superior Court of Buffalo, entered July 10, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

*John Laughlin* for appellant.

*Spencer Clinton* for respondents.

Order affirmed and judgment absolute ordered against the plaintiff upon the stipulation, with costs; no opinion.

Concur, ANDREWS, Ch. J., O'BRIEN, HAIGHT and MARTIN, JJ.; not voting, BARTLETT and VANN, JJ.; absent, GRAY, J.